IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROXANA NOLASCO RENDEROS,
    *Plaintiff*,

v.

NIKITA BAKER, *et al.*,
    *Respondents*.

Case No. 25-cv-3087-ABA

**ORDER**

The Court held a status conference on November 18, 2025 (ECF No. 15). For the reasons stated on the record, the Court hereby:

1. FINDS that Petitioner's counsel was acting on Petitioner's behalf and as her representative when he informed the government of Petitioner's fear-based claim on September 17, 2025 (ECF No. 1-7) and, as thus, the record establishes that Petitioner expressed a fear of removal to Mexico as of September 19, 2025;

2. ORDERS the government to provide Petitioner with a reasonable fear screening on or before **Monday, December 1, 2025**;

3. ORDERS the parties to file supplemental briefs to address at a minimum the applicability of 8 C.F.R. §§ 208.31, 1208.31 in Petitioner's case. The briefs are due as follows:

    a. **November 26, 2025** – Petitioner's supplemental brief

    b. **December 3, 2025** – Respondents' supplemental brief

4. The Court will hold a hearing on all matters pending in this case on **Friday, December 5, 2025 at 11:30 a.m.** in Courtroom 7D of the Edward A. Garmatz Courthouse in Baltimore, Maryland.

1

Date:  November 19, 2025                    _____/s/_____
                                            Adam B. Abelson
                                            United States District Judge

1